# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-23-00137-CR

**Joseph Anthony Riley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2020-275, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due June 7, 2023.  After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due October 2, 2023.  In granting the most recent extension, this Court advised counsel that no further extensions would be granted and that a failure to comply with this order would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.  To date, the brief has not been tendered for filing and is overdue.

The appeal is abated and remanded to the trial court.  The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal.  *See* Tex. R. App. P. 38.8(b)(2), (3).  The court shall make appropriate written findings and recommendations.  *See id.* R. 38.8(b)(2), (3).  If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal.

Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than January 18, 2024.  *See id.* R. 38.8(b)(3).

It is so ordered December 19, 2023.

Before Justices Baker, Triana, and Smith

Abated and Remanded

Filed:   December 19, 2023

Do Not Publish